# EXHIBIT 23

Superior Appraisal Services LTD.
303 W. Madison St., Suite 1925
Chicago, IL 60606


07/06/2011


Guaranteed Rate, Inc.
3940 N. Ravenswood
Chicago, IL 60613


Re: Property:     1255 S. State St., # 701
                     Chicago, IL 60605-3448
     Borrower:     N/A
     File No.:      1255 S. State St., # 701


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

Erin Taffera, SRA
Certified Appraiser
Superior Appraisal Services LTD.

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
1255 S. State St., # 701
Chicago, IL 60605-3448
See Title Report

### FOR
Guaranteed Rate, Inc.
3940 N. Ravenswood
Chicago, IL 60613

### OPINION OF VALUE
315,000

### AS OF
02/27/2008

### BY
Erin Taffera, SRA
Superior Appraisal Services LTD.
303 W. Madison Street, Suite 1925
Chicago, IL 60606
312-339-3222
etaffera@hotmail.com

| Borrower | N/A | | | File No. | 1255 S. State St., # 701 |
|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | |
| City | Chicago | County Cook | State IL | Zip Code | 60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | |

## TABLE OF CONTENTS

Invoice ................................................................................................................................................................................................... 1
Letter of Transmittal ............................................................................................................................................................................... 2
Cover Page ............................................................................................................................................................................................ 3
Exterior-Only Condo ............................................................................................................................................................................... 4
Additional Comparables 4-6 ................................................................................................................................................................... 10
Scope of Work Page 1 ............................................................................................................................................................................ 11
Scope of Work Page 2 ............................................................................................................................................................................ 12
General Text Addendum ........................................................................................................................................................................ 13
Subject Photos ....................................................................................................................................................................................... 15
Comparable Photos 1-3 ......................................................................................................................................................................... 16
Comparable Photos 4-6 ......................................................................................................................................................................... 17
License ................................................................................................................................................................................................... 18
Comparables Map .................................................................................................................................................................................. 19

Erin Taffera  Main File No. 1255 S. State St., # 701 Page #4

# Exterior−Only Inspection Individual Condominium Unit Appraisal Report  File # 1255 S. State St., # 701

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address | 1255 S. State St., # 701  Unit # 701  City Chicago  State IL  Zip Code 60605-3448 |
| Borrower | N/A  Owner of Public Record 13th & State LLC.  County Cook |
| Legal Description | See Title Report |
| Assessor's Parcel # | 17-22-100-039-1023  Tax Year 2009  R.E. Taxes $ 2,809 |
| Project Name | Vision On State  Phase # 1  Map Reference 16974  Census Tract 3301.00 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ None Known  HOA $ 433  ☐ per year ☒ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Retrospective Market Value as of 02/27/2008 |
| Lender/Client | Guaranteed Rate, Inc.  Address 3940 N. Ravenswood, Chicago, IL 60613 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s).  See attached addenda.

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  The purpose of this appraisal report was for a market value as of 02/27/2008.

Contract Price $ 0  Date of Contract N/A  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.  N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | Condominium Unit Housing Trends | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 154 Low | New | Multi-Family | 5 % |
| Neighborhood Boundaries  North Boundary: E. Congress Pkwy., South Boundary: E 18th St., East | | 1,800 High | 125+/- | Commercial | 5 % |
| Boundary: Lake Michigan,  West Boundary: I-90/94 | | 362 Pred. | 40+/- | Other | 5 % |

Neighborhood Description  The subject property is located in the Near South Side Neighborhood of Chicago. The subjects building is located on S. State St., a local traffic artery which offers access to shopping, schools, and employment centers. The subject is served by the 299th school district.

Market Conditions (including support for the above conclusions)  MLS statistics indicate that sellers are receiving 101% of listing price with an average marketing time of 130 days. The subject's market area has seen a decline in market values of condominiums over the past 24 months due to a significant over supply and builder developers offering significant discounts and incentives. (See General Text Addendum).

## PROJECT SITE

Topography Level  Size Typical  Density Average  View Neutral/City
Specific Zoning Classification PD- 973  Zoning Description Planned Development (See General Text Addendum)
Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe  The subject properties current use is considered highest and best potential use as of the effective date of this appraisal report.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements − Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Bituminous | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley East Aspect | ☒ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 17031C0507J  FEMA Map Date 8/19/2008
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☒ Yes ☐ No  If Yes, describe
Typical easements have been considered. The subjects building sides the CTA Red line tracks. No significant impact of the subjects marketability was noted.

## PROJECT INFORMATION

Data source(s) for project information  Site Inspection/MLS/Tax Assessor/Prior appraisal supplied by client
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☒ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|
| # of Stories 19 Story | Exterior Walls Concrete | # of Units | 253 | # of Phases | 1 | # of Planned Phases | N/A |
| # of Elevators 2 | Roof Surface Flat | # of Units Completed | 253 | # of Units | 253 | # of Planned Units | N/A |
| ☒ Existing ☐ Proposed | Total # Parking 253 | # of Units For Sale | 68 | # of Units for Sale | 68 | # of Units for Sale | N/A |
| ☐ Under Construction | Ratio (spaces/units) 253:253 | # of Units Sold | 165 | # of Units Sold | 165 | # of Units Sold | N/A |
| Year Built 2007 | Type Garage | # of Units Rented | 79 | # of Units Rented | 79 | # of Units Rented | N/A |
| Effective Age 1 Year | Guest Parking N/A | # of Owner Occupied Units | 185 | # of Owner Occupied Units | 185 | # of Owner Occupied Units | N/A |

Project Primary Occupancy ☒ Principle Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group - ☐ Homeowners' Association ☐ Developer ☒ Management Agent - Provide name of management company.  Vision On State
Management Office 312-922-3995
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No  If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No  If No, describe

Is there any commercial space in the project? ☒ Yes ☐ No  If Yes, describe and indicate the overall percentage of the commercial space.
There are retail spaces on the subjects ground level which occupy approximately less than 5% of the building.

---

Freddie Mac Form 466 March 2005  Page 1 of 6  Fannie Mae Form 1075 March 2005

Form 1075 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report  File # 1255 S. State St., # 701

| PROJECT INFORMATION | |
|---|---|
| Describe the condition of the project and quality of construction | The subjects project is composed of good quality construction with a mixed number of units, with good market appeal. |
| Describe the common elements and recreational facilities. | Stairs, Hallways, Greenbelts, Storage, Bike Room, Garage, Exercise Room, Sundeck etc....... |
| Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No  If Yes, describe the rental terms and options. | |
| Is the project subject to a ground rent? ☐ Yes ☒ No  If Yes, $ _____ per year (describe terms and conditions) | |
| Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No  If No, describe and comment on the effect on value and marketability. | |

| PROJECT ANALYSIS | |
|---|---|
| I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.  The subject buildings budget was not supplied to this appraiser for the purpose of this appraisal report. | |
| Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No  If Yes, report the charges and describe. | |
| Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low  If High or Low, describe | |
| Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No  If Yes, describe and explain the effect on value and marketability. | |

| UNIT IMPROVEMENTS | | | | |
|---|---|---|---|---|
| Unit Charge $ 433 per month X 12 = $ 5,196.00 per year  Annual assessment charge per year per square feet of gross living area = $ 5.77 | | | | |
| Utilities included in the unit monthly assessment  ☐ None ☒ Heat ☒ Air Conditioning ☐ Electricity ☒ Gas ☒ Water ☒ Sewer ☒ Cable ☒ Other | | | | |
| Source(s) used for physical characteristics of property ☐ Previous Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner  ☒ Other (describe) Prior Appraisal Supplied by Client  Data Source for Gross Living Area Prior Appraisal Supplied by Client | | | | |
| **General Description** | **Amenities** | **Appliances** | **Car Storage** | |
| Floor # 7th Floor | ☐ Fireplace(s) # | ☒ Refrigerator | ☐ None | |
| # of Levels 1 | ☐ WoodStove(s) # | ☒ Range/Oven | ☒ Garage ☐ Covered ☐ Open | |
| Heating Type GFA  Fuel Gas | ☐ Deck/Patio | ☒ Disp ☒ Microwave | # of Cars 1 | |
| ☒ Central AC ☐ Individual AC | ☒ Porch/Balcony Balc. | ☒ Dishwasher | ☐ Assigned ☒ Owned | |
| ☐ Other (describe) | ☐ Other | ☒ Washer/Dryer | Parking Space # Not Known | |
| Finished area **above** grade contains: 4 Rooms  2 Bedrooms  1 Bath(s)  901 Square Feet of Gross Living Area Above Grade | | | | |
| Are the heating and cooling for the individual units separately metered? ☐ Yes ☒ No  If No, describe and comment on compatibility to other projects in the market area. Heat and air conditioning is included in the monthly assessment which is typical for the market area. | | | | |
| Additional features (special energy efficient items, etc.)  Typical for the market area. | | | | |
| Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  Any observable physical depreciation of the subject property that was noted at the time of inspection was deemed to be typical for the subjects market area. Modernization and updating appears to be typical for the market area. | | | | |
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe  No unusual physical deficiencies or adverse conditions were noted at the time of the inspection, which would exceed the typical depreciation that is attributable to normal wear and tear. The subject property appears to be structurally sound and maintained as of the date of inspection, without any notable repairs. | | | | |
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe  The subject property has no observable functional or external obsolescence. The subject property is similar in style, utility and construction to properties within the subjects immediate market area and generally conforms to the neighborhood. | | | | |

| PRIOR SALE HISTORY | | | | |
|---|---|---|---|---|
| I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain | | | | |
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.  Data source(s) MLSNI, Tax/Assessors Records | | | | |
| My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.  Data source(s) MLSNI, Tax/Assessors Records | | | | |
| Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3). | | | | |
| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | 0 | 0 | 0 | 0 |
| Data Source(s) | MLS,Tax/Assess. Rec. | MLS,Tax/Assess. Rec. | MLS,Tax/Assess. Rec. | MLS,Tax/Assess. Rec. |
| Effective Date of Data Source(s) | 02/27/2008 | 02/27/2008 | 02/27/2008 | 02/27/2008 |
| Analysis of prior sale or transfer history of the subject property and comparable sales.  No sale for the subject property was recorded within the three years prior to the effective date of this appraisal report. No prior sales of the comparables were recorded within the past 12 months. | | | | |

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report

File # 1255 S. State St., # 701

There are 92 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 275,000 to $ 350,000 .
There are 166 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 275,000 to $ 350,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1255 S. State St., # 701, # 701 Chicago, IL 60605-3448 | 1255 S. State St., # 1301 Chicago, IL 60605-3448 | | 1255 S. State St., # 901 Chicago, IL 60605-3448 | | 1454 S. Michigan Ave., # 602 Chicago, IL 60605-3448 | |
| Project Name and Phase | Vision On State 1 | Vision On State 1 | | Vision On State 1 | | 1454 S. Michigan Ave. 1 | |
| Proximity to Subject | | Less than 0.01 miles | | Less than 0.01 miles | | 0.29 miles SE | |
| Sale Price | $ 0 | $ 323,488 | | $ 288,900 | | $ 345,365 | |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 359.03 sq. ft. | | $ 320.64 sq. ft. | | $ 349.56 sq. ft. | |
| Data Source(s) | | MLS# 06745421 LMT 1 | | MLS# 06721963 LMT 1 | | MLS# 06401980 LMT 170 | |
| Verification Source(s) | | Tax/Assessors | | Tax/Assessors | | Tax/Assessors | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional None Known | | Conventional None Known | | Conventional None Known | |
| Date of Sale/Time | | 12/04/2007 | | 11/03/2007 | | 02/13/2008 | |
| Location | Urban/Resid. | Urban/Resid. | | Urban/Resid. | | Urban/Resid. | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 433 | 388 | | 374 | | 220 | |
| Common Elements and Rec. Facilities | Garage,Storage Greenbelts, Etc. | Garage,Storage Greenbelts, Etc. | | Garage,Storage Greenbelts, Etc. | | Garage,Storage Greenbelts, Etc. | |
| Floor Location | 7th Floor | 13th Floor | -6,000 | 9th Floor | -2,000 | 6th Floor | +1,000 |
| View | Neutral/City | Neutral/City | | Neutral/City | | Neutral/City | |
| Design (Style) | Condominium | Condominium | | Condominium | | Condominium | |
| Quality of Construction | Concrete | Concrete | | Concrete | | Concrete | |
| Actual Age | 1 Year | 1 Year | | 1 Year | | 1 Year | |
| Condition | Good | Similar | | Similar | | Similar | |
| Above Grade Room Count | Total 4 / Bdrms. 2 / Baths 1 | Total 4 / Bdrms. 2 / Baths 1 | | Total 4 / Bdrms. 2 / Baths 1 | | Total 4 / Bdrms. 2 / Baths 2 | -5,000 |
| Gross Living Area | 901 sq. ft. | 901 sq. ft. | | 901 sq. ft. | | 988+/- sq. ft. | |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | N/A N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GFA/CAC | GFA/CAC | | GFA/CAC | | GFA/CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 1 Car Gar. | 1 Car Gar | | None | +30,000 | 1 Car Gar | |
| Porch/Patio/Deck | Balcony | Balcony | | Balcony | | Terrace | |
| Updates | Good | Similar | | Similar | | Similar | |
| Contract Date | N/A | 12/03/2007 | -5,200 | 11/03/2007 | -6,200 | 07/24/2007 | -13,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -11,200 | ☒ + ☐ - | $ 21,800 | ☐ + ☒ - | $ -17,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.5 % Gross Adj. 3.5 % | $ 312,288 | Net Adj. 7.5 % Gross Adj. 13.2 % | $ 310,700 | Net Adj. 4.9 % Gross Adj. 5.5 % | $ 328,365 |

Summary of Sales Comparison Approach   After an extensive search of the subject properties market area for similar comparable data, consideration of active listings, pending and closed sales data located within the subjects immediate market area were taken into consideration. The comparables utilized in this appraisal report are considered the most appropriate similar substitutes and were the best available as of the effective date of this appraisal.

Indicated Value by Sales Comparison Approach $ 315,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A   X Gross Rent Multiplier N/A   = $      Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   The income approach was not utilized because it is not considered to be a reliable indicator of value for single family residences within the subjects immediate market area.

Indicated Value by: Sales Comparison Approach $ 315,000   Income Approach (if developed) $

The sales comparison approach is the most relevant analysis in this assignment and the appraiser has determined there is sufficient information to develop a credible opinion of value by giving the most weight to this approach. Due to the subjects market area being predominantly owner occupied. The income capitalization approach was not deemed to be a reliable indicator of the subjects fair market value.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 315,000 , as of 02/27/2008 , which is the date of the exterior inspection and the effective date of this appraisal.

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report** File # 1255 S. State St., # 701

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report**    File # 1255 S. State St., # 701

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I have performed a visual inspection of the exterior areas of the subject property from at least the street. I have reported the condition of the improvements in factual, specific terms. I have identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

### Exterior-Only Inspection Individual Condominium Unit Appraisal Report    File # 1255 S. State St., # 701

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature
Name  Erin Taffera, SRA
Company Name  Superior Appraisal Services LTD.
Company Address  303 W. Madison Street, Suite 1925, Chicago, IL 60606
Telephone Number  312-339-3222
Email Address  etaffera@hotmail.com
Date of Signature and Report  July 06, 2011
Effective Date of Appraisal  02/27/2008
State Certification #  556.004828
or State License #
or Other
State  IL
Expiration Date of Certification or License  9/30/2011

ADDRESS OF PROPERTY APPRAISED
1255 S. State St., # 701, # 701
Chicago, IL 60605-3448
APPRAISED VALUE OF SUBJECT PROPERTY $ 315,000

LENDER/CLIENT
Name
Company Name  Guaranteed Rate, Inc.
Company Address  3940 N. Ravenswood, Chicago, IL 60613
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Main File No. 1255 S. State St., # 701 Page #10

## Exterior−Only Inspection Individual Condominium Unit Appraisal Report
File # 1255 S. State St., # 701

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 1255 S. State St., # 701, # 701 Chicago, IL 60605-3448 | 1601 S. State St., # 4H Chicago, IL 60616 | | 1910 S. Indiana St., # 318 Chicago, IL 60616 | | | |
| Project Name and Phase | Vision On State 1 | 1601 S. State St. 1 | | 1910 S. Indiana St. 1 | | | |
| Proximity to Subject | | 0.45 miles S | | 0.72 miles SE | | | |
| Sale Price | $ 0 | $ 331,000 | | $ 335,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 273.55 sq. ft. | | $ 357.91 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS# 06501795 LMT 58 | | MLS# 06639135 LMT 127 | | | |
| Verification Source(s) | | Tax/Assessors | | Tax/Assessors | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional None Known | | Conventional None Known | | | |
| Date of Sale/Time | | 08/01/2007 | | 01/15/2008 | | | |
| Location | Urban/Resid. | Urban/Resid. | | Urban/Resid. | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| HOA Mo. Assessment | 433 | 296 | | 322 | | | |
| Common Elements and Rec. Facilities | Garage,Storage Greenbelts, Etc. | Garage,Storage Greenbelts, Etc. | | Garage,Storage Greenbelts, Etc. | | | |
| Floor Location | 7th Floor | 4th Floor | +3,000 | 3rd Floor | +4,000 | | |
| View | Neutral/City | Neutral/City | | Neutral/City | | | |
| Design (Style) | Condominium | Condominium | | Condominium | | | |
| Quality of Construction | Concrete | Brick | | Brick | | | |
| Actual Age | 1 Year | 4 Years | | 109 Years | | | |
| Condition | Good | Similar | | Similar | | | |
| Above Grade Room Count | Total 4 / Bdrms. 2 / Baths 1 | Total 4 / Bdrms. 2 / Baths 2 | -5,000 | Total 4 / Bdrms. 2 / Baths 2 | -5,000 | Total / Bdrms. / Baths | |
| Gross Living Area | 901 sq. ft. | 1,210 sq. ft. | -9,000 | 936+/- sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | GFA/CAC | GFA/CAC | | GFA/CAC | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | 1 Car Gar. | 1 Car Gar | | 1 Car Gar | | | |
| Porch/Patio/Deck | Balcony | Balcony | | Balcony | | | |
| Updates | Good | Similar | | Similar | | | |
| Contract Date | N/A | 06/29/2007 | -14,200 | 12/17/2007 | -3,300 | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -25,200 | ☐ + ☒ - $ | -4,300 | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net Adj. 7.6 % Gross Adj. 9.4 % $ | 305,800 | Net Adj. 1.3 % Gross Adj. 3.7 % $ | 330,700 | Net Adj. % Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | |
| Price of Prior Sale/Transfer | 0 | 0 | 0 | |
| Data Source(s) | MLS,Tax/Assess. Rec. | MLS,Tax/Assess. Rec. | MLS,Tax/Assess. Rec. | |
| Effective Date of Data Source(s) | 02/27/2008 | 02/27/2008 | 02/27/2008 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 466 March 2005

Fannie Mae Form 1075 March 2005

Form 1075.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Clarification of Assumptions, Limiting Conditions, Certifications and Scope of Work

This addendum defines terms used in the appraisal process. It is not a modification of the assumptions, limiting conditions or certifications, but a "clarification" of the appraiser's actions with respect to generally accepted appraisal practice and USPAP.

The explanations discussed here (and in the body of the report), reference by number and page, the Scope of Work, Assumptions and Limiting Conditions and Certifications from pages 4-6 of the Fannie Mae Form 1004/Freddie Mac Form 70. The intent is to further define, clarify, and document what the appraiser(s) did and or did not do in order to develop the value opinion, based on the complexity of this assignment and or because of a supplementary Agreement identified within the appraisal report.

Absent a written supplemental Scope of Work from the client (prior to the assignment, by formal engagement letter, the Scope of Work outlined here and within the report, is considered to be representative of what typical users of appraisal services would require and in general, what appraisers would provide as reasonable, acceptable and sufficient for the stated intended user's needs.

**HOUSING MARKET TRENDS & CONDITIONS (Pg 1)** Under "One-Unit Housing Trends", the boxes selected are based on an analysis of the neighborhood, as specified in "The Appraisal of Real Estate" (by the Appraisal Institute) and outlined in "Essential of Real Estate Economics" - Fifth Edition. For the 1004MC, the analysis reports trends of properties "competitive to the subject". **See 1004MC Section.**

**SCOPE OF WORK (Pg 4 & Pg 5, Cert. 2):** Item (1) - the appraiser(s) conducted a visual inspection of only the readily accessible areas of the property, viewing only those components of the property which were clearly visible from the ground or floor level. No tests were made of the mechanical, plumbing, and electrical systems. Such tests are not within the standard guidelines of Fannie Mae or Freddie Mac. Comments on the condition of the foundation, roof, exterior, interior, floors, mechanical, plumbing, electrical, insulation and all other matters relating to the construction of the subject property are based on a casual observation only, which may have been limited by the placement of personal property, furnishings, etc. so as to preclude observation of the items blocked by same. There was no observation of the attic, crawl space, or components that are hidden within walls or other areas that would not be visible by a typical visitor to the home.

The report may rate the adequacy and or condition of various items (based on observation only) however, it should be clearly understood that these statements are a guide for comparison purposes (as part of the valuation process) and do not represent a detailed analysis of the physical or operational condition of these items. The appraiser(s) is not an expert in these matters and any opinion stated is advisory based only upon observation. **This report is not a home inspection.** The reader or intended user should not rely on this report to disclose condition and defects. Such knowledge goes beyond the scope of this appraisal and as such, comments on observed conditions given in this report should not be taken as a guarantee that a problem does not exist. The following chart will assist reader in comprehending the scope of a complete visual inspection:

| Complete Visual Inspection Includes: | Complete Visual Inspection Does/Did **NOT** Include: |
|---|---|
| List the amenities | Testing or activating mechanical systems & Activating appliances |
| View readily observable exterior areas | Observation of crawl spaces and attics |
| View readily observable interior areas | Observation of areas not readily accessible |
| Note quality of materials and workmanship | Building Code compliance issues |
| Measure the exterior of the improvements | Moving furniture or personal property |
| Observe the floor plan and room layout | Mold Assessment |
| Assess the functional utility of the property | Removing (or moving) floor coverings |
| Note the subject's conformity to the market area. | The testing or inspection of the well or septic system. |
| Note style / design. | Reporting personal property. |
| Observe the general condition of the improvements, including a sampling of closets, windows, electrical switches, and doors. | Roof Condition report beyond an observation from ground level. |
| Photograph exterior and view site around the improvements | Radon Assessment |

Items (2, 3, 4, & 5): Where it states, "inspect the neighborhood", the observation was limited to driving through a representative number of streets in the area, reviewing maps and other appropriate data, and observing comparables from the street to determine the general factors that may influence the value of the subject property. It also included research to the extent defined in the sections below.

**REPAIRS/DETERIORATION (Pg. 4, item 5 & Pg. 5, Cert. 2):** The terms **deficiency & livability** (as mentioned in the URAR) are subjective. The appraiser (s) made an effort to report ONLY those repair items that, in the appraiser's opinion, affect safety, adequacy, and marketability of the property. Physical deterioration consistent with the age of the home has not been itemized, but considered in the approaches to value.

**COST APPROACH (Pg. 5, Cert. 4):** Is applicable when improvements are new, near new or are of an unusual construction method. This method is appropriate when sufficient land or building sites, etc. are available to a potential purchaser to make construction of improvements similar to the subject. In areas where vacant sites (similar to the subject property in location, zoning, use and utility) are not available to a potential purchaser, use of the cost approach and reliability on the same as a value indicator could be misleading. When the Cost Approach is not required (per USPAP) or deemed necessary to the development of a reliable value opinion, the cost approach is not appropriate, excluded and such exclusion has been so stated with the body of the report.

If the cost approach was used, it represents the "replacement cost estimate", and is for "valuation purposes only" and should not be relied upon for insurance purposes. The definition of "market value" on page 4 of this report is not consistent with the definition of "insurable value". If the cost approach was presented, a service such as "Marshall & Swift" (or similar source) was used to develop the estimate. The site value opinion results from extraction, allocation, the developmental method or from a review & analysis of sales of similar sites within the market area.

**INCOME APPROACH (Pg. 5, Cert. 4):** Is applicable when sufficient investor owned properties exist with the subject's immediate area or neighborhood and when investors regularly acquire such properties that are similarly desirable to the subject for the express purpose of the income they provide. While rentals may exist in any area, their presence alone is not proof of a viable rental and investor marketplace. As such, in areas dominated by "owner occupied" units, it may be inappropriate to employ the income approach, unless the approach clearly represents the motivations and actions of investors in the marketplace as it relates to the subject property. If the approach is included, available data supported conclusions by the appraiser(s) that it was meaningful to the analysis and value opinion. If the approach was not included, it was the appraiser's opinion that the data was insufficient to provide a meaningful conclusion.

**EXTENT OF DATA RESEARCH-SALES/LISTINGS (Pg. 5, Cert. 5 thru 9):** Sales & listings of the subject property and comparables were researched, verified, analyzed & reported in compliance with Certifications 5 thru 9 of this URAR. Sales data (including listed, closed, pending and expired) of properties that are geographically, physically, functionally and economically similar to the subject property and that reflected current buyer and seller actions were researched and considered. If necessary and applicable, the appraiser(s) also researched comparable land and improved sales, income and expense information and construction costs; confirmed sales information (as noted under "**EXTENT OF INFORMATION VERIFICATION**;"(see next section) and analyzed the information in applying the approach(es) used.

Depending upon the availability and reliability of various data sources, the appraiser(s) used any combination of reasonably available information from city/county records, real estate agents, owner's comments, buyer's description, assessor's records, multiple listing service (MLS) data, brochures, listings on websites and visual observation to identify the relevant characteristics of the subject property. Comparables presented reflect the most similar physical, functional, economic and location characteristics compared to the subject and are relevant to the analysis of subject property. These sales were adjusted to the subject to reflect the market's reaction (if any) to differences.

**EXTENT OF INFORMATION VERIFICATION (Pg. 5, Cert. 10 & 13):** Representative samples of disinterested sources for information and data verification include but are not limited to County/City online records - Recorder, Treasurer, Zoning, GIS, Online Assessor Property Databases - Sales, Property Characteristics, Personal observation - Condition, Location, Physical attributes, Real Estate Transaction Declaration documents - Sale date, Personal property. Flood zone determinations are from flood map services available online at the time of the assignment.

The appraiser(s) verified applicable information with sources "deemed to be reliable" and a disinterested party or corroborated with a third-party source to the extent such verification was possible in the time permitted by the client. In some cases, the motivations of the parties or other factors (terms, arms-length transactions, etc.) may not have been available. In this case, the data was accepted at "face value as factually accurate". The appraiser(s) did not review a survey of the subject site; did not check land records for recorded easements, and has reported only apparent easements and encroachments. Unless otherwise stated within the report, there was no confirmation of the subject being within the appropriate setbacks, as dictated by zoning, building, or other regulations.

**PUBLIC / PRIVATE DATA SOURCES (Pg. 5, Cert. 12):** My (our) appraisal practice is generally limited to Cook County, Lake County, Dupage County, Will County, Kane County and Kendall County, Illinois. I have access to public data via County Assessor sites (when available); the Northern Ilinois, Multiple Listing Service, flood data and maps along with private information contained within my office files that is considered necessary and appopriate for this assignment.

**ADVERSE FACTORS (Pg 4 item 5 & Pg. 5, Cert. 14):** As cited in the "Assumptions & Limiting Conditions", is subjective and open to broad interpretation. Most properties will have a form of physical depreciation, deficiency, or livability issues, dependent upon the standards of the party observing the property. A wide-range of factors internal or external to the property may be "adverse" by someone's viewpoint.

Absent specific directives or guidelines from the client, the appraiser(s) made a visual inspection of the property and its market environment (as cited elsewhere in the Scope of Work) and noted factors that may affect the marketability and livability to potential buyers. This was based upon the appraiser's knowledge of the market and or as evidenced by sales of properties with similar or comparable conditions. Such items are noted in the report and the valuation approaches that were applied to the analysis.

Some buyers in the market may consider factors such as drug labs, registered sex offenders, criminal activity, interim rehabilitation facilities halfway houses, or similar uses as "adverse". Unless cited within the report the appraiser(s) has made no attempt to investigate or discover such activities as part of this assignment, unless such factors were readily apparent and obviously affecting the subject property as evidenced by market data. If the intended user has concerns in these areas, it is highly recommended that they secure this information from a reliable source.

**DISCLOSURE/DISTRIBUTION (Pg. 6, Cert. 21, & Cert. 23):** Regardless of who paid for this assignment, the intended user is only the lender/client stated within the report. This report may be inappropriate for use by parties other than the intended user and could place them at risk. Despite possession of the report, this appraisal should not be relied on by anyone other than the stated intended user and for the stated/intended purpose. **Certification 23** - Per Fannie Mae - "The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser".

**THE VALUE OPINION:** The value opinion stated in the report is based on my (our) analysis and considers the productivity, economic and physical conditions of the property only as of the date of value cited. As market conditions change, this value opinion may not be valid in another time. Personal property that may be included with a sale or transfer of the property were excluded from the value unless such items are necessary for the operations of the property (garage door remotes, pool remotes, etc) and would normally be a part of the mechanical or operational equipment that is considered realty.

**USE OF ELECTRONIC APPRAISAL DELIVERY SERVICES:** If the lender/client directed that the appraiser transmit the content of this report via Appraisal Port or a similar delivery portal service, pursuant to user agreements, these services disclaim any warranty that the service provided will be error free. They advise that information reported to and by these services may be subject to transmission errors, and indicate that use of their service is at the user's sole risk. Accordingly, the lender/client should make its own determination as to the accuracy and reliability of any such service they employ. The appraiser makes no representations and specifically disclaims any warranty regarding the accuracy or portrayal of content transmitted via Appraisal Port or any similar service or their reliability. The appraiser uses such technology at the specific direction and sole risk of the lender/client. At its request, the lender/client may obtain a true copy of the original report directly from the appraiser via email (PDF), mail or other means.

## Supplemental Addendum

File No. 1255 S. State St., # 701

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | | | |
| City | Chicago | County | Cook | State | IL | Zip Code | 60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | | | |

• **Exterior-Only Condo : Subject - Data Source(s), Offering Price(s), Date(s)**
The subject was listed for sale on the MLS for $422,372 with a marketing time of 50 days per MLS # 06777085. Based on the analysis provided within this appraisal report the list price for the subjects was out of line with the market conditions as of the effective date of this appraisal report.

**Exterior-Only Condo : Sales Comparison Analysis - Summary of Sales Comparison Approach**
A $30 per sq. ft. GLA adjustments were deemed appropriate for all comparables. The GLA of all the comparables was derived from a factor used in conjunction with MLSNI Listings and Tax/Assessors records.Above grade bathroom adjustments are based on $10,000 per bathroom.

All other adjustments should be self-explanatory.

• **Exterior-Only Condo : Additional Comments**
Comparable Sale # 2 is the most similar to the subject due to this property being located six floors directly above the subject property, closed within 90 days from the effective date of this appraisal report and would be the very best substitute for the subject. This sale was given the most weight in the sales comparison approach.

Comparable Sales # 2 was given the next amount of weight in the sales comparison approach due to this property being located in the subjects building two floors directly above the subject and has similar market appeal.

Comparables # 3 -5 add meaningful support due to these properties being closed slaes of similar style condominium within the subjects immediate market area.

My fee for this assignment was $300.00

My client for this appraisal report was Guaranteed Rate Inc.

**Market Conditions / Statistics**
The market analysis below is of closed sales of two bedroom attached single unit properties within the Near South Side neighborhood of Chicago from 02/27/2006 - 02/27/2008.

Median sold price 02/27/2006 – 02/27/2007    **$420,000**

**Area Market Survey Criteria**
Status: Closed    Property Type: Attached Single    Area: Near South Side    Months Back: All Months    Closed Date: 02/27/2006-02/27/2007    Bedrooms - Above Grade: 2-2

**Sold Properties**

| Sold Price Range | # Listings | Avg. Days on Mkt |
|---|---|---|
| $250,000 - $299,999 | 4 | 122 |
| $300,000 - $349,999 | 17 | 74 |
| $350,000 - $399,999 | 16 | 140 |
| $400,000 - $449,999 | 8 | 86 |
| $450,000 - $499,999 | 14 | 64 |
| $500,000 - $549,999 | 11 | 197 |
| $550,000 - $599,999 | 2 | 117 |
| $600,000 - $699,999 | 5 | 232 |
| $700,000 - $799,999 | 1 | 498 |

**Sold Properties Summary**

| # Units | Avg. MT | Median Sold Price | Avg. Sold Price | Max. Sold Price | Min. Sold Price | Total Volume |
|---|---|---|---|---|---|---|
| 78 | 123 | $420,000 | $430,771 | $739,188 | $285,000 | $33,600,140 |

Median sold price 02/27/2007 – 02/27/2008    **$366,000**

Main File No. 1255 S. State St., # 701 Page #14

## Supplemental Addendum

File No. 1255 S. State St., # 701

| | |
|---|---|
| Borrower | N/A |
| Property Address | 1255 S. State St., # 701 |
| City | Chicago |
| County | Cook |
| State | IL |
| Zip Code | 60605-3448 |
| Lender | Guaranteed Rate, Inc. |

### Area Market Survey Criteria

Status: Closed  Property Type: Attached Single  Area: Near South Side  Months Back: All Months  Closed Date: 02/27/2007-02/27/2008  Bedrooms - Above Grade: 2-2

### Sold Properties

| Sold Price Range | # Listings | Avg. Days on Mkt |
|---|---|---|
| $200,000 - $249,999 | 13 | 60 |
| $250,000 - $299,999 | 48 | 104 |
| $300,000 - $349,999 | 125 | 87 |
| $350,000 - $399,999 | 126 | 152 |
| $400,000 - $449,999 | 57 | 199 |
| $450,000 - $499,999 | 53 | 200 |
| $500,000 - $549,999 | 28 | 311 |
| $550,000 - $599,999 | 13 | 133 |
| $600,000 - $699,999 | 19 | 150 |
| $700,000 - $799,999 | 8 | 249 |
| $900,000 - $999,999 | 1 | 33 |

### Sold Properties Summary

| # Units | Avg. MT | Median Sold Price | Avg. Sold Price | Max. Sold Price | Min. Sold Price | Total Volume |
|---|---|---|---|---|---|---|
| 491 | 149 | $366,000 | $396,116 | $950,000 | $220,000 | $194,492,892 |

An approximate 13% decline in market values was seen from 02/2006 – 02/2008 in the subjects market area which results in a 6.5% decline per year. . All the comparable sales were adjusted accordingly.

**Additional comments**
The information disclosed in the subjects project section of this appraisal report was taken from the prior appraisal of the subject property supplied by my client. The number of units rented and owner occupied units was unverifiable.

**Comments on Legal Description:**
The Federal Financial Institutions Reform, Recovery, and Enforcement Act of 1989; Title XI (FIRREA) requires that a legal description be part of the appraisal report. However, no survey, deed, or title policy was made available to the appraiser by the client or the borrower.

**Comments on Final Reconciliation of Value**
The sales comparison approach is the most relevant analysis in this assignment and the appraiser has determined there is sufficient information to develop a credible opinion of value by giving the most weight to this approach. Due to the subjects market area being predominantly owner occupied the income capitalization approach was not deemed to be a reliable indicator of the subjects fair market value. The cost approach was taken into consideration, and typically supports the fair market value indicated by the sales comparison approach.

**Zoning Description:**

**17-2-0203.5 Planned Developments.** Uses identified with a "PD" may be allowed if reviewed and approved in accordance with the *planned development* procedures of Sec. . Other uses and development activities may also require review and approval as a *planned development* based on their size, height or other threshold criteria. (See the mandatory *planned development* thresholds of Sec. )

Information regarding the subjects zoning were obtained via online city/state/village/county websites and online zoning maps or through phone contact with the the local building/zoning or legal department. These resources are considered typical and within the scope of this appraisal report. The appraiser can cannot guarantee the quality, content, accuracy, or completeness of the information, and it is recommended that the local municipality be contacted if any additional clarification or certification is required.

The City of Chicago Department of Zoning is committed to providing accurate and timely information to the citizens of Chicago. However, the Department of Zoning cannot guarantee the quality, content, accuracy, or completeness of the information, text, graphics, links, and other items contained on its web pages. All data visualizations on maps should be considered approximate. The Department of Zoning is not responsible for the content of any off-site pages that are referenced

## Subject Photo Page

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | |
| City | Chicago | County | Cook | State IL | Zip Code 60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | |



### Subject Front

1255 S. State St., # 701, # 701
Sales Price            0
Gross Living Area      901
Total Rooms            4
Total Bedrooms         2
Total Bathrooms        1
Location               Urban/Resid.
View                   Neutral/City
Site                   N/A
Quality                Concrete
Age                    1 Year



### Subject Rear



### Subject Street

Main File No. 1255 S. State St., # 701   Page #16

## Comparable Photo Page

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | |
| City | Chicago | County | Cook | State  IL | Zip Code  60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | |



### Comparable 1

| | |
|---|---|
| 1255 S. State St., # 1301 | |
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 323,488 |
| Gross Living Area | 901 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Urban/Resid. |
| View | Neutral/City |
| Site | N/A |
| Quality | Concrete |
| Age | 1 Year |



### Comparable 2

| | |
|---|---|
| 1255 S. State St., # 901 | |
| Prox. to Subject | Less than 0.01 miles |
| Sales Price | 288,900 |
| Gross Living Area | 901 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | Urban/Resid. |
| View | Neutral/City |
| Site | N/A |
| Quality | Concrete |
| Age | 1 Year |



### Comparable 3

| | |
|---|---|
| 1454 S. Michigan Ave., # 602 | |
| Prox. to Subject | 0.29 miles SE |
| Sales Price | 345,365 |
| Gross Living Area | 988+/- |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Urban/Resid. |
| View | Neutral/City |
| Site | N/A |
| Quality | Concrete |
| Age | 1 Year |

## Comparable Photo Page

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | |
| City | Chicago | County | Cook | State  IL | Zip Code  60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | |



### Comparable 4
| | |
|---|---|
| 1601 S. State St., # 4H | |
| Prox. to Subject | 0.45 miles S |
| Sales Price | 331,000 |
| Gross Living Area | 1,210 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Urban/Resid. |
| View | Neutral/City |
| Site | N/A |
| Quality | Brick |
| Age | 4 Years |



### Comparable 5
| | |
|---|---|
| 1910 S. Indiana St., # 318 | |
| Prox. to Subject | 0.72 miles SE |
| Sales Price | 335,000 |
| Gross Living Area | 936+/- |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Urban/Resid. |
| View | Neutral/City |
| Site | N/A |
| Quality | Brick |
| Age | 109 Years |

### Comparable 6
| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |



## Comparables Map

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 1255 S. State St., # 701 | | | | |
| City | Chicago | County | Cook | State IL | Zip Code 60605-3448 |
| Lender | Guaranteed Rate, Inc. | | | | |

