IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

GUARANTEED RATE, INC., )
   A Delaware banking institution, )
                         )
          Plaintiff, )
                         )     No. 12-cv-5362
     v. )
                         )
WARREN BARR, ANTHONY LUPESCU, )
13TH&STATE, LLC, RENAISSANT )
DEVELOPMENT GROUP, LLC, )
RENAISSANT MANAGEMENT GROUP, )
INC., RICHARD BORKOWSKI, )
JOHN BORKOWSKI, EDWARD )
BORKOWSKI, RJE INVESTMENTS, LLC,)
JIM CARROLL, VASILE SAVA, )
GLOBAL FINANCIAL INVESTMENTS, )
CORP., ASIF ASLAM, ASLAM GROUP, )
INC., JEFFREY BUDZIK, BUDZIK & )
DYNIA, LLC, TRACY CAGALA, )
STEWART TITLE GUARANTY )
COMPANY, ROBERT LATTAS, LATTAS )
LAW, LLC, a/k/a LAW OFFICES OF )
ROBERT D. LATTAS, HYUN SOOK KIM,)
ABDUR RAHMAN, IQBAL WASEEM, )
MICHELLE DRUSKA, ROBERT J. JILEK,)
and SOUTHWEST APPRAISAL & )
CONSULTING, INC. )
                         )
          Defendants. )

Judge
Kendall

FILED

AUG 1 0 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANSWER OF DEFENDANTS, VASILE SAVA AND GLOBAL FINANCIAL
INVESTMENTS, CORP., TO COMPLAINT

    Defendants, GLOBAL FINANCIAL INVESTMENTS, CORP. ("GFI") and VASILE

SAVA ("SAVA"), both in his personal capacity and his capacity as an officer of GFI

(collectively "Defendants"), answer the Complaint of Plaintiff, GUARANTEED RATE, INC.

("GRI"), in this case as follows:

**Nature of the Case**

1. Defendants deny the allegations of Paragraph 1 of the Complaint and demand strict proof thereof.

2. Defendants admit the allegations of the nature of the case and claims being filed by Plaintiff in Paragraph 2 of the Complaint.

**Parties**

3. Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 3 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

4. Upon information and belief, Defendants admit the allegations of Paragraph 4 of the Complaint.

5. Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 5 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

6. Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 6 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

7. Upon information and belief, Defendants admit the allegations of Paragraph 7 of the Complaint.

8. Upon information and belief, Defendants admit the allegations of Paragraph 8 of the Complaint.

9. Upon information and belief, Defendants admit the allegations of Paragraph 9 of the Complaint.

10.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 10 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

11.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 11 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

12.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 12 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

13.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 13 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

14.     Defendants admit SAVA is an Illinois resident and owner of Global Financing Investments, Corp.

15.     Defendants admit in part and deny in part the allegations of Paragraph 15 of the Complaint.  Defendants admit that GFI is an Illinois corporation.  However, Defendants deny that GFI is in the business of marketing and selling condominium units in and around the Chicagoland area and affirmatively states that GFI is no longer in operation.

16.     Upon information and belief, Defendants admit the allegations of Paragraph 16 of the Complaint.

17.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 17 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

18.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 18 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

19.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 19 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

20.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 20 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

21.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 21 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

22.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 22 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

23.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 23 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

24.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 24 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

25.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 25 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

26.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 26 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

27.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 27 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

28.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 28 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

29.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 29 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

30.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 30 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**<u>Jurisdiction and Venue</u>**

31.     Defendants admit the allegations of subject matter jurisdiction and supplemental jurisdiction in Paragraph 31 of the Complaint.

32.     Defendants admit the allegation of proper venue only as the allegations specifically relate to Defendants SAVA and GFI in Paragraph 32 of the Complaint.  Defendants

lack sufficient information and knowledge to admit or deny the allegations relating to proper venue with respect to the other named-Defendants and, on that basis, Defendants deny them and demand strict proof thereof.

## Background

### The Construction Loan to 13th&State

33.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 33 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

34.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 34 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

35.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 35 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

36.     Defendants admit in part and deny in part the allegations of Paragraph 36 of the Complaint.  Defendants admit that SAVA was an employee of Renaissant Development and had various job duties for the company, including listing and marketing the completed Vision on State condominium units at the instruction and direction of Defendant, Warren Barr ("BARR"). However, to the extent that the statement "retained" refers to any allegations of payment of a fee, Renaissant Group keeping SAVA or GFI in its service for the stated purposes, or any allegations of unlawful, improper or otherwise wrongful conduct on the part of Defendants, the allegations are denied.  Defendants reserve the right to deny any related assertions of a more detailed nature which might be subsequently asserted by GRI.

37.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 37 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**The Scheme to Defraud**

38.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 38 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

39.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 39 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

40.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 40 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

41.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 41 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

42.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 42 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

43.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 43 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

44.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 44 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**The Scheme in Action**

45.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 45 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

46.     Defendants admit in part and deny in part the allegations in Paragraph 46 of the Complaint. Defendants admit that only BARR approached SAVA and GFI in early December of 2007 regarding listing unsold units. Defendants affirmatively state that BARR gave Defendants a list of unsold units. The list included a price to list each unsold unit, which BARR informed the Defendants was based on substantial appliance, fixture, flooring, bathroom, kitchen and other upgrades to the units and instructed the Defendants to list the unsold units at the specified prices on the list. To the extent that the statements refer to any allegations of unlawful, improper or otherwise wrongful conduct on the part of Defendants, the allegations are denied and Defendants demand strict proof thereof.

47.     Defendants deny the allegations of Paragraph 47 of the Complaint and demands strict proof thereof. Defendants affirmatively state that, at no time, did SAVA or GFI delist the 73 unsold units from the MLS.

48.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 48 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

49.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 49 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

50.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 50 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

51.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 51 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

52.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 52 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

53.     Defendants admit the allegations of Paragraph 53 of the Complaint and, again, aver that BARR gave Defendants a list of unsold units, which included a price to list each unsold unit.  BARR notified the Defendants was based on substantial appliance, fixture, flooring, bathroom, kitchen and other upgrades to the units and instructed the Defendants to list the unsold units at the specified prices on the list.  To the extent that the statements refer to any allegations of unlawful, improper or otherwise wrongful conduct on the part of Defendants, the allegations are denied and Defendants demand strict proof thereof.

54.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 54 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

55.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 55 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

56.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 56 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**GRI Acts As Lender for the Purchase of Three Unsold Units**

57.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 57 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

58.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 58 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

59.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 59 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

60.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 60 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

61.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 61 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

62.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 62 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Kim Purchase of Unsold Unit #617**

63.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 63 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

64.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 64 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

65.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 65 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

66.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 66 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

67.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 67 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

68.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 68 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

69.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 69 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

70.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 70 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

71.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 71 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

72.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 72 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

73.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 73 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

74.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 74 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

75.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 75 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

76.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 76 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

77.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 77 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

78.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 78 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Mrs. Kim Did Not Provide the 10% Down Payment At The Closing of Unsold Unit #617**

79.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 79 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

80.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 80 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

81.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 81 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Mrs. Kim Did Not Intend To and Never Used Unsold Unit #617 as a Principal Residence**

82.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 82 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

83.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 83 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

84.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 84 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Mrs. Kim Intentionally Concealed Her Purchase of Unsold Unit #717 from GRI**

85.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 85 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

86.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 86 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

87.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 87 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

88.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 88 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Rahman Purchase of Unsold Unit #1913**

89.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 89 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

90.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 90 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

91.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 91 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

92.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 92 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

93.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 93 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

94.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 94 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

95.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 95 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

96.      Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 96 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

97.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 97 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

98.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 98 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

99.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 99 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

100.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 100 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

101.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 101 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

102.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 102 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

103.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 103 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Rahman Did Not Provide the 10% Down Payment At The Closing Of Unsold Unit #1913**

104.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 104 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

105.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 105 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

106.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 106 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Rahman Did Not Intend To and Never Used Unsold Unit #1913 As A Principal Residence**

107.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 107 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

108.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 108 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

109.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 109 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Rahman Intentionally Concealed His Purchase of Unsold Unit #1813 From GRI**

110.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 110 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

111.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 111 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

112.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 112 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Waseem Purchase of Unsold Unit #701**

113.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 113 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

114.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 114 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

115.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 115 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

116.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 116 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

117.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 117 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

118.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 118 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

119.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 119 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

120.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 120 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

121.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 121 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

122.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 122 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

123.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 123 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

124.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 124 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

125.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 125 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

126.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 126 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

127.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 127 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

## Waseem Did Not Provide the 10% Down Payment At The Closing of Unsold Unit #701

128.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 128 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

129.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 129 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

130.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 130 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Waseem Did Not Intend To and Never Used Unsold Unit #701 As His Principal Residence**

131.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 131 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

132.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 132 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

133.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 133 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

134.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 134 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

135.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 135 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

136.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 136 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

137.   Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 137 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

138.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 138 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Waseem Intentionally Concealed His Purchase of Unsold Unit #'s 1906 and 1908 from GRI**

139.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 139 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

140.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 140 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

141.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 141 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

142.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 142 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

143.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 143 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Lupescu and Druska Originate the GRI Loans With False Information, Certify the Accuracy of the False Statements Contained In The Loan Applications and Obtain False Appraisals to Support the Excessive Sales Prices**

144.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 144 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

145.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 145 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

146.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 146 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

147.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 147 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

148.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 148 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

149.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 149 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

150.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 150 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

151.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 151 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

152.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 152 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

153.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 153 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

154.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 154 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**GRI Funds The Loans For Three Unsold Units Based on False Overstated Appraisals**

155.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 155 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

156.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 156 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

157.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 157 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

158.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 158 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

159.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 159 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**The Jilek Appraisal of Unsold Unit #617 Contains False Statements**

160.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 160 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

161.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 161 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

162.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 162 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

163.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 163 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

164.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 164 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

165.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 165 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

166.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 166 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

167.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 167 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

168.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 168 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

169.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 169 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**The Jilek Appraisal of Unsold Unit #1913 Contains False Statements**

170.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 170 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

171.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 171 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

172.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 172 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

173.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 173 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

174.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 174 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

175.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 175 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

176.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 176 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

177.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 177 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

178.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 178 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**The Jilek Appraisal of Unsold Unit #701 Contains False Statements**

179.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 179 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

180.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 180 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

181.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 181 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

182.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 182 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

183.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 183 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

184.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 184 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

185.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 185 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

186.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 186 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

187.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 187 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

## 13th&State Affirmatively Misstates the Amount of Earnest Money Deposits Being Made by the Purchasers of Unsold Unit #'s 617, 701, 1913

188.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 188 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

189.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 189 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

190.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 190 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

191.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 191 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

192.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 192 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

193.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 193 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

194.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 194 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

195.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 195 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

196.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 196 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

197.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 197 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

198.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 198 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

199.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 199 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

200.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 200 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

201.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 201 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

202.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 202 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

203.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 203 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**13th&State Includes False Statements In the HUD-1's at Various Closings; 13th&State Conceal the Massive Fees Paid to Aslam/Aslam Group In Connection with the Sale of Each Unsold Unit**

204.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 204 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

205.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 205 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

206.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 206 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

207.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 207 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

208.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 208 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

209.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 209 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

210.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 210 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

211.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 211 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

212.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 212 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

213.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 213 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Lattas Knowingly Executes Inaccurate HUD-1's at Various Closings**

214.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 214 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Lattas Executes the HUD-1 Statement in Connection with the Sale of Unsold Unit #617**

215.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 215 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

216.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 216 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

217.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 217 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

218.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 218 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

219.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 219 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

220.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 220 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

221.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 221 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

222.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 222 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

223.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 223 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

224.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 224 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Lattas Executes the HUD-1 Statement in Connection with the Sale of Unsold Unit #1913**

225.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 225 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

226.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 226 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

227.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 227 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

228.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 228 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

229.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 229 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

230.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 230 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

231.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 231 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

232.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 232 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

233.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 233 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

234.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 234 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

**Lattas Executes the HUD-1 Statement in Connection with the Sale of Unsold Unit #701**

235.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 235 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

236.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 236 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

237.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 237 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

238.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 238 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

239.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 239 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

240.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 240 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

241.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 241 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

242.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 242 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

243.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 243 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

244.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 244 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

## COUNT IX

## CONSPIRACY TO DEFRAUD (BARR, 13TH&STATE, RENAISSANT DEVELOPMENT, RENAISSANT MANAGEMENT, RJE, R. BORKOWSKI, J. BORKOWSKI, E. BORKOWSKI, SAVA, GFI, ASLAM, ASLAM GROUP, LATTAS, THE LATTAS FIRM, LUPESCU, DRUSKA, KIM, RAHMAN, WASEEM, JILEK, and SOUTHWEST APPRAISAL)

245.    Defendants deny the allegations in Paragraph 245 of the Complaint as they specifically relate to Defendants SAVA and GFI.  Defendants lack sufficient information and knowledge to admit or deny the allegations with respect to the other named-Defendants and, on that basis, Defendants deny them and demand strict proof thereof.  Further, Defendants affirmatively state that, at no time, did they "[agree] to a scheme to defraud GRI and other lenders" with the other named Defendants, or any other person or entity.

246.    Defendants deny the allegations Paragraph 246 of the Complaint as they specifically relate to Defendants SAVA and GFI.  Defendants lack sufficient information and knowledge to admit or deny the allegations with respect to the other named-Defendants and, on that basis, Defendants deny them and demand strict proof thereof.

247.     Defendants deny the allegations in Paragraph 246 of the Complaint and demand strict proof thereof.

248.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 248 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

249.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 249 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

250.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 250 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

251.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 251 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

252.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 252 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

253.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 253 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

254.     Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 254 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

255.    Defendants lack sufficient information and knowledge to admit or deny the allegations in Paragraph 255 of the Complaint and, on that basis, Defendants deny them and demand strict proof thereof.

256.    Defendants deny the allegations in Paragraph 256 of the Complaint as they specifically relate to Defendants SAVA and GFI.  Defendants lack sufficient information and knowledge to admit or deny the allegations with respect to the other named-Defendants and, on that basis, Defendants deny them and demand strict proof thereof.

## DEFENSES
### First Defense

The Complaint must be rejected against SAVA and GFI for failure to state a claim upon which relief may be granted.  Defendants answering the Complaint herein allege that all allegations and counts brought forth therein fails to state a claim for which relief can be granted.  Plaintiff has failed to provide sufficient facts which would indicate any violation of law occurred by Defendants, SAVA and/or GFI.

### Second Defense

The Complaint must be rejected against SAVA and GFI as SAVA and GFI lacked authority to act on behalf of Defendants BARR, CARROLL, the BORKOWSKIS, LATTAS, and/or ASLAM, or any other named Defendant.  SAVA and GFI did not conspire with the corporation-employer and both SAVA and GFI acted under the direction, supervision and instruction of BARR.

### Third Defense

The Complaint must be rejected against SAVA and GFI as SAVA and GFI acted within the scope of their employment with Renaissant Development Group, owned and operated by Defendant, BARR, and not for their personal purposes.  SAVA and GFI did not conspire with

the corporation-employer and both SAVA and GFI acted under the direction, supervision and instruction of BARR.

### Fourth Defense

The Complaint must be rejected against SAVA and GFI as SAVA and GFI relied on the professional advice and direction of Defendant, BARR, when listing the Unsold Units. BARR asserted that the listing prices for the Unsold Units were based on substantial appliance, fixture, flooring, bathroom, kitchen and other upgrades to the Unsold Units and instructed the Defendants to list the unsold units at the specified prices on the list.

### Fifth Defense

The Complaint must be rejected against SAVA and GFI as there is a lack of a causal relationship between Plaintiff, GRI, and Defendants, SAVA and GFI. GRI's allegations as they related to Defendants SAVA and GFI are speculative between the factors that GRI identifies and the events at issue in this case.

WHEREFORE, Defendants, VASILE SAVA and GLOBAL FINANCING, INC. pray that this Court dismiss the Complaint of the Plaintiff herein, with costs and disbursements to Defendants, with such other relief the Court finds to be just and proper.

Respectfully Submitted,

_____  08-10-2012
VASILE SAVA

GLOBAL FINANCING INVESTMENTS, CORP

By: _____
VASILE SAVA, Owner

Vasile Sava
4057 N. Central Park Ave, Unit G
Chicago, IL 60618
630-915-4007
billsava@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that on August 10, 2012, I caused a copy of the attached ANSWER OF DEFENDANTS, VASILE SAVA AND GLOBAL FINANCIAL INVESTMENTS, CORP., TO COMPLAINT to be served upon the following persons by U.S. First Class Mail, proper postage prepaid:

> Louis Chronowski
> Seyfarth Shaw LLP
> 131 S. Dearborn St, Ste 2400
> Chicago, IL  60603

and

> Clayton Hutchinson
> Richard J. Cunningham
> Guaranteed Rate, Inc.
> 3940 N. Ravenswood
> Chicago, IL  60613

Date:   August 10, 2012
        Chicago, IL

_____ 08-10-2012.
VASILE SAVA