

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GUARANTEED RATE, INC., a Delaware banking institution | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-cv-5362 |
| WARREN BARR, et al. | ) ) | Judge Virginia M. Kendall |
| Defendants. | ) ) | |

### ORDER

Pursuant to Plaintiff's Motion for Entry of Default Judgment Against Certain Defendants and Rule 55(b)(2) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

1. Default is entered against Defendants Warren Barr, 13th & State LLC, Renaissant Development Group, LLC, Renaissant Management Group, Inc., Asif Aslam and Aslam Group, Inc.

2. Plaintiff to file affidavit(s) in support of damages by December 6, 2012;

3. The court will hold a prove-up hearing regarding default judgment against the above defendants on December 12, 2012 at 9:00 a.m.

ENTER:

_____
Honorable Virginia M. Kendall, US District Judge
November 14, 2012

**Order Prepared By:**
Louis S. Chronowski
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5891