# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Guaranteed Rate, Inc. <br> *Plaintiff* <br> v. <br> Barr et al <br> *Defendant* | Civil Action No.   12 c 5362 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:

Lattas's Motion to Dismiss Count I is granted with prejudice. The Court chooses to relinquish supplemental jurisdiction over the remaining state law claims, Counts II through XX are dismissed without prejudice to re-file these claims in state court, and Stewart Title, Cagala, Budzik, Budzik & Dynia, LLC, the RJE Defendants, Kim, Jilek, Southwest Appraisal, and Lupescu's Motions to Dismiss are denied as moot. This case is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Virginia M. Kendall   on a motion to   dismiss by the defendants.

Date:   Dec 12, 2012

Thomas G. Bruton, Clerk of Court

/s   Tresa S. Abraham